# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK JOHNSTON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARY KAY HOLTHUS, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83589

FILED

OCT 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency, original petition for a writ of mandamus challenges the district court's decision to hold petitioner without bail pending an evidentiary hearing on alleged violations of his conditions of supervised pretrial release. On October 8, 2021, we directed an expedited answer to the petition, which real party in interest timely filed.

Having reviewed the petition, answer, and supporting documents,[1] we conclude that petitioner has not demonstrated that extraordinary writ relief is appropriate at this time. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden to demonstrate that writ relief

---

[1]To the extent that real party in interest asks that any body cam footage and JAVS recordings provided to this court be stricken, we deny the request as moot, as none were provided by petitioner or viewed by this court.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-29172

is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, the evidentiary hearing before which petitioner seeks release is scheduled to take place today, and thus, under these circumstances, we decline to intervene. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver


cc:    Hon. Mary Kay Holthus, District Judge
       Legal Resource Group
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk